# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1152

_____

Arthur Lee Walls, III,             *
                                   *
    Plaintiff-Appellant,       *
                                   *
  v.                               *
                                   *
Franklin L. Noel, Mr.; Franklin L.  *
Noel, Mrs.; David S. Doty, Mr.;     *
David S. Doty, Mrs.; United States  *
Attorney's Office, et al.; David    *
Lillehaug, Mr.; David Lillehaug, Mrs.; *
Jeffrey S. Paulsen, Mr.; Jeffrey S. *
Paulsen, Mrs.; Scott Tilsen, Attorney's; *
Scott Tilsen, Mrs.;                 *
                                   *
    Defendants - Appellees,    *
                                   *   Appeal from the United States
Dan Guerrero, Mr.; Clerk of Courts  *   District Court for the District
in Minneapolis;                    *   of Minnesota.
                                   *
    Defendants,                *   [UNPUBLISHED]
                                   *
Federal Bureau of Investigation,    *
Agents; Canada, Mr.; Canada, Mrs.;  *
Mento, Mr.; Mento, Mrs.; Cassandra  *
Joseph, Mrs.; Cassandra Joseph, Mr.; *
                                   *
    Defendants-Appellees,      *
                                   *
Police Officers, Eight Unknown      *
Minneapolis Police Officers; Hennepin *

County Sheriff's Dept.; Holtz, Mr.;     *
Holtz, Mrs.; Steven Parshall, Mr.;    *
Steven Parshall, Mrs.; The Broward   *
County Office; Kenneth Nichols, Mr.;  *
Kenneth Nichols, Mrs.;            *
                                             *

            Defendants,         *
                                             *

United States Marshal, eight unknown; *
United States Bailiff, eight unknown;  *
United States Marshal, Office, et al.;  *
Federal Bureau of Investigation, The   *
F.B.I. Agency, et al.; U.S. Probation  *
Office; Douglas Stevens, Mr.;      *
Douglas Stevens, Mrs.; Dennis Smith, *
Mr.; Dennis Smith, Mrs.,        *
                                             *

          Defendants-Appellees.   *

_____

Submitted: June 14, 2000

Filed: June 29, 2000
_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.
_____

PER CURIAM.

Arthur Lee Walls, III filed this pro se action against two federal judges, two federal prosecutors, a federal public defender, multiple FBI agents, several law enforcement officials, the spouses of the individual defendants, and various federal agencies. Walls alleged each of the defendants violated his constitutional rights by participating in the successful federal prosecution of Walls for possession with intent

-2-

to distribute cocaine although knowing Walls was not subject to the federal court's jurisdiction at the time he committed his crime. The district court dismissed Walls's complaint for failure to state a claim. Having carefully reviewed the record, we affirm for the reasons expressed in the magistrate judge's thorough report and recommendation as adopted by the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.